**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| PANDORA JEWELRY, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOES 1-10<br><br>　　　　Defendants. | Case No. 1:21-cv-00172-SAG |

**DECLARATION OF MARTHA BREWER MOTLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD-PARTY
<u>SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE</u>**

I, Martha Brewer Motley, being of legal age, on oath, say of my own knowledge:

1.　　I am a partner at Vorys, Sater, Seymour and Pease, LLP, and I am one of the lawyers for PANDORA JEWELRY, LLC ("Plaintiff" or "PANDORA"). I provide the information contained herein for purposes of Plaintiff's Motion for Leave to Serve Subpoena. Nothing in this Declaration should be construed as a waiver of any applicable privilege, including the attorney-client privilege or attorney work product privilege.

2.　　After identifying a large volume of unauthorized PANDORA products being sold on several websites, PANDORA began an investigation to identify the Defendants supplying these Unauthorized Resellers.

3.　　As part of my team's investigation into the suppliers to the Unauthorized Resellers, my team commenced several test purchases with the hope that the shipping or packaging material would identify additional information. However, neither the shipping

information, the return information, nor the product itself provided any conclusive evidence as to the PANDORA Dealer selling the items.

4. My team also searched open source and subscription services, to no avail.

5. Through these efforts, my team recently identified several significant PANDORA Dealers diverting products to some, but not all, of the Unauthorized Resellers PANDORA has identified. Two of these diverting PANDORA Dealers are located in Florida, two are located in New York, and three in California. None of these diverting PANDORA Dealers is located in Maryland. However, my team has been unsuccessful in identifying the specific the specific PANDORA Dealers who are supplying Woot LLC ("Woot") and several eBay storefronts, among others.

6. My team has exhausted all available resources to attempt to identify the individual or entity operating the Storefront.

7. Because a large number of the unauthorized products are being sold by Woot, Woot necessarily maintains certain identifying information related to its suppliers. That information can reveal the identity of the individual or entity responsible for supplying the products.

8. In my experience, and based on my knowledge of unauthorized sellers, eBay, and Amazon, the only reasonable opportunity to identify the suppliers is through a subpoena to Woot.

9. Plaintiff will only use this identifying information to prosecute the claims asserted in Plaintiff's Complaint and protect its contractual rights.

Signed under the penalties of perjury this 20th day of January, 2021.

/s/ Martha Brewer Motley
Martha Brewer Motley