**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

PANDORA JEWELRY, LLC

        Plaintiff,

    v.

JOHN DOES 1-10

        Defendants.

Case No. 1:21-cv-00172-SAG

**[PROPOSED] ORDER**

This matter comes before the Court upon the Motion of Plaintiff PANDORA JEWELRY, LLC ("PANDORA" or "Plaintiff") (ECF No. 2) for entry of an order granting it leave to serve a third-party subpoena prior to a Rule 26(f) conference.  For good cause shown, the Motion is **GRANTED** and it is hereby **ORDERED** that Plaintiff may serve a subpoena on online retailer Woot LLC.

       **SO ORDERED.**

_____

United States District Court Judge