# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| PANDORA JEWELRY, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10<br><br>　　　　Defendants. | Case No. 1:21-cv-00172-SAG |

## [~~PROPOSED~~] ORDER

This matter comes before the Court upon the Motion of Plaintiff PANDORA JEWELRY, LLC ("PANDORA" or "Plaintiff") (ECF No. 2) for entry of an order granting it leave to serve a third-party subpoena prior to a Rule 26(f) conference. For good cause shown, the Motion is **GRANTED** and it is hereby **ORDERED** that Plaintiff may serve a subpoena on online retailer Woot LLC.

**SO ORDERED** this 21st day of January, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge