UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **PANDORA JEWELRY, LLC** : | |
| : | **Case No. 1:21-cv-00172-SAG** |
| Plaintiff, : | |
| v. : | |
| : | |
| **JOHN DOES 1-10** : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF ISSUANCE OF SUBPOENA

Pursuant to and as authorized by the Court's Order (ECF No. 4.), Plaintiff Pandora Jewelry, LLC hereby gives notice of the issuance of a civil subpoena for the production of documents to the following nonparty:

>Woot LLC
>4121 International Parkway
>Carrollton, TX 75007

A copy of the subpoena is attached hereto as Exhibit 1.

Date: January 27, 2021       */s/ Mary C. Biscoe-Hall*_____
Michael E. Blumenfeld (Fed Bar No. 25062)
Mary C. Bisco-Hall (Fed. Bar No. 20669)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
100 S. Charles Street | Suite 1600
Baltimore, Maryland 21201
Phone: (443) 392-9412
Fax: (443) 392-9499
Email: michael.blumenfeld@nelsonmullins.com
Email: mary.biscoehall@nelsonmullins.com

*Attorneys for Plaintiff PANDORA Jewelry, LLC*

1

Of counsel:
William D. Kloss Jr.* (Ohio Bar 0040854)
Martha Brewer Motley* (Ohio Bar 0083788)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Phone: (614) 464-6400
Fax: (614) 719-6350
Email: wdklossjr@vorys.com
Email: mbmotley@vorys.com
*denotes national counsel who will seek pro hac vice admission