

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

**Martha Brewer Motley**
Direct Dial   (614) 464-5626
Direct Fax   (614) 719-5080
Email mbmotley@vorys.com

January 22, 2021

**VIA PROCESS SERVER**

WOOT LLC
4121 International Parkway
Carrollton, TX  75007
**Attn:  Legal**

Re:   *Pandora Services LLC v. John Does 1-10*
Case No. 1:21-cv-00172-SAG

Dear Sir or Madam:

Enclosed please find a subpoena issued in the above-captioned matter pending in the United States District Court for the District of Maryland.  We have identified a local site for production but are also happy to receive the subpoena response electronically to mbmotley@vorys.com.  Should you wish to discuss the subpoena, please do not hesitate to contact me directly.

Very truly yours,

*Martha Motley*

Martha Brewer Motley

MBM:dmc
Enclosure

Columbus  |  Washington  |  Cleveland  |  Cincinnati  |  Akron  |  Houston  |  Pittsburgh

**Exhibit 1**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| PANDORA JEWLERY, LLC <br> *Plaintiff* <br> v. <br> JOHN DOES 1-10 <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:21-cv-00172-SAG <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: WOOT LLC
4121 International Parkway, Carrollton, TX  75007

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Ex. A.

| Place: Lynn Pinker Hurst & Schwegmann c/o Chris Schweggman <br> 2100 Ross Avenue, Suite 2700 <br> Dallas, Texas 75201  OR by email: mbmotley@vorys.com | Date and Time: <br> 02/21/2021 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/21/2020

CLERK OF COURT

  OR  /s/ Michael E. Blumenfeld

*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Pandora Jewlery LLC
_____, who issues or requests this subpoena, are:

Michael E. Blumenfeld, 100 S. Charles St. Ste. 1600, Baltimore, MD  michael.blumenfeld@nelsonmullins.com  443.392.9402

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. As used in this subpoena, "Your" or "Woot" refers to Woot LLC, 4121 International Pkwy., Carrollton, TX 75007 and any and all subsidiaries and/or affiliates, including Woot Services LLC.

2. As used in this subpoena, "Pandora" refers to Pandora Jewelry, LLC.

3. As used in this subpoena, "Pandora Products" refers to jewelry manufactured by Pandora or bearing the Pandora Trademarks or logos.

4. As used in this subpoena, "Supplier" means any person from whom you acquire Pandora products for resale.

5. "Person" or "persons" means any natural person, groups of persons, a corporation, a partnership, a firm, an unincorporated association, a joint venture, a company, a business, an institution, a trust, an estate, a public agency, a department, a bureau, a board, any governmental entity of any kind, and any other entity.

6. "Documents" or "document" includes, without limitation, each and every writing, record, drawing, graph, chart, photograph, sound recording, image, and other data or data compilation, including electronically stored information such as e-mail and e-mail attachments, hard drives, and electronic files that is in Your possession, custody, or control.

7. "Concerning" or "relating to" means directly or indirectly mentioning, describing, pertaining to, being connected with or reflecting upon a stated subject matter.

8. Any use of the singular shall be deemed to refer also to the plural, and vice versa.

9. Any use of the word "and" shall be deemed to refer also to the word "or," and vice versa.

10. "Contact Information" shall be defined as including, but not limited to, actual first and last names of the operators or managers of the Supplier, along with any corresponding Amazon seller names or MerchantIDs, if any; corporate entity names and contact persons within the entities; email addresses; physical addresses; telephone, mobile, or fax numbers; and any other identifying information associated with the Supplier. Contact Information shall include all existing and previous information.

11. Unless otherwise specified, the relevant time-period for this subpoena is December 2019 to the present.

## ITEMS TO BE PRODUCED

1. Please produce all documents and information containing Contact Information relating to Suppliers from whom Woot has purchased Pandora Products.

2. Please produce sales records, invoices, account credits, or other documents related to Pandora Products Woot has purchased.